IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHNNIE LAMAR HOFFMAN**                                          **PLAINTIFFS**

**v.**                                          **CAUSE NO. 1:20-cv-143-LG-RPM**

**HUNTINGTON INGALLS
INCORPORATED**                                                       **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this lawsuit should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 26th day of April, 2021.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE